# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN A. WELLS,**

                      **Plaintiff,**

**-vs-**                                                    **Case No. 6:06-cv-1926-Orl-31KRS**

**COMMISSIONER OF THE SOCIAL**
**SECURITY ADMINISTRATION,**

                      **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause comes before the court on its own initiative. In an order dated April 30, 2007, I required Plaintiff John A. Wells to show cause why sanctions should not be entered due to Wells's failure to provide proof of service of process within the time required by Federal Rule of Civil Procedure 4(m). Doc. No. 5. In response, Wells filed certified mail receipts showing service on the Social Security Administration and the Attorney General of the United States. Doc. No. 6.

      Federal Rule of Civil Procedure 4(i) requires that service upon an agency of the United States be made by sending a copy of the summons and complaint by registered or certified mail to the United States Attorney for the district in which the action is filed, the Attorney General of the United States, and the agency. Wells did not establish that he served the United States Attorney for the Middle District of Florida as required by Rule 4(i), and counsel for Defendant Commissioner of the Social Security Administration stated, in response to a Court order, that the United States Attorney had not been served. Doc. No. 8. Thus, Wells has failed to perfect service of process in this case.

Accordingly, I respectfully recommend that if Wells does not file proof of service of process on the United States Attorney for the Middle District of Florida before the time to file written objections to this Report and Recommendation elapses, that the Court dismiss the case without prejudice for failure to prosecute it.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 5, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy