## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**JOHN A. WELLS,**

**Plaintiff,**

**-vs-**                                                    **Case No.  6:06-cv-1926-Orl-31KRS**

**COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,**

**Defendant.**

_____

## ORDER

This cause comes before the Court on the  Court's own initiative regarding service on the

Complaint (Doc. No. 1) filed December 21, 2006.

On May 17, 2007, Magistrate Judge Spaulding issued an order directing the Commissioner

of Social Security to advise the court as to whether or not they had been served (Doc. No. 7).  The

Commissioner filed it's Response (Doc. No. 8) on May 4, 2007, indicating that they had not been

served.

On June 5, 2007, the United States Magistrate Judge issued a report (Doc. No. 9)

recommending that unless the Plaintiff filed his proof of service within the time allowed for

responses to the Report and Recommendation that the case be dismissed for failure to prosecute.

No objections have been filed and no proof of service has been filed.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this

Order.

     2.      The case is dismissed without prejudice for failure to prosecute.  The clerk is

directed to close the file.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on 25th day of June, 2007.


Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

                        GREGORY A. PRESNELL
                  UNITED STATES DISTRICT JUDGE